IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHA REE JEX,

    Petitioner,

v.

PAUL COPENHAVER, Warden,

    Respondent.
    _____/

No. C 09-03540 CW (PR)

ORDER TO SHOW CAUSE

    Petitioner, a federal prisoner, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the $5.00 filing fee.

    A district court may entertain a petition for a writ of habeas corpus challenging the execution of a federal sentence only on the ground that the sentence is being executed "in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3); United States v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984).

    The court should "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false. Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (quoting Blackledge v. Allison, 431 U.S. 63, 75-76 (1977)).

    It does not appear from the face of the petition that it is without merit. Good cause appearing, the Court hereby issues the following orders:

1.  The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney for the Northern District of California.  The Clerk shall send a copy of the petition to the Attorney General of the United States in Washington, D.C.  The Clerk shall also serve a copy of this Order on Petitioner.

2.  Respondent shall file with this Court and serve upon Petitioner, within <u>one-hundred twenty (120) days</u> of the issuance of this Order, an Answer showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the answer a copy of all documents that are relevant to a determination of the issues presented by the petition.

3.  If Petitioner wishes to respond to the Answer, Petitioner shall do so by filing a Traverse with the Court and serving it on Respondent within <u>sixty (60) days</u> of receiving the Answer.  Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision <u>sixty (60) days</u> after the date Petitioner is served with Respondent's Answer.

4.  Respondent may file with this Court and serve upon Petitioner, within <u>sixty (60) days</u> of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within <u>sixty (60) days</u> of receipt of the motion, and Respondent shall file

with the Court and serve on Petitioner a reply within <u>fifteen (15) days</u> of receipt of any opposition.

    5.   It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

    6.   Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than <u>ten (10) days</u> prior to the deadlines sought to be extended.

IT IS SO ORDERED.

Dated: 2/24/10



_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHA REE JEX,

        Plaintiff,

  v.

PAUL COPENHAVER et al,

        Defendant.

Case Number: CV09-03540 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sha Ree Jex #12468-081
Satellite Prison Camp
5675 8th Street, Camp Parks
Dublin, CA 94568

Attorney General
U.S. Department of Justice
Washington, DC 20530

U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Warden
Satellite Prison Camp
5675 8th Street, Camp Parks
Dublin, CA 94568

Dated: February 24, 2010

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk